Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO

        Plaintiff,

vs.

REDDIT, INC.

        Defendants

Case No.:

**3:CV-25-1495**

VERIFIED COMPLAINT

FILED
SCRANTON

AUG 13 2025

PER _____
DEPUTY CLERK

1. Reddit is the most popular online forum in the USA where users can communicate via links, text posts, images, and videos, with over 70 million daily active users and net revenue in the hundreds of millions of dollars.

2. Frank Tufano had used the platform to promote his YouTube channel "Frank Tufano," where he shared his ideas about diet and nutrition on various sections of the forum related to diet. (Including but not limited to r/zerocarb, r/paleo, r/carnivore)

3. Approximately 5 years ago, Frank Tufano was permanently banned from using the entire platform.

4. This was shortly after Frank Tufano made several YouTube videos about other online content creators copying and plagiarizing his own videos.

5. These other "content creators" have vested interests in large corporate entities, and are simply individuals hired to "pretend" to be genuine content creators in order to promote specific products and businesses.

VERIFIED COMPLAINT - 1

6. Since Frank Tufano is an actual genuine content creator and has his own businesses, Frank Tufano suspects that Reddit prohibited from using the platform so that these "fake" content creators could reap the benefits of more social exposure.

7. If the reddit users knew about Frank Tufano, it would discredit the "content creators" hired by big corporations, as Frank Tufano's original work and business propositions were being copied and re-introduced by the corporate-hired-individuals.

8. There are also many slanderous and negative posts about Frank Tufano on the website. When searching his name it is clear that there are agents working against Frank Tufano solely to post negative content and discredit his persona to reduce the market impact his business has against these large corporations.

9. This banning of Frank Tufano has made the turn from exclusion to straight defamation and slander, causing permanent and irreparable harm to his personal online social media reputation and business reputation on the Reddit platform.

10. Starting around May of 2025, Frank Tufano became aware of a "Subreddit," a section of the forum dedicated to a topic, crated solely about himself at "reddit.com/r/franktufano/." This was not created by Frank, but a third party individual.

11. As of August 11, 2025, there are almost 200 posts (181) talking about Frank, the majority of them being in a negative/defamatory fashion, ranging from making fun of his physical appearance after a botched surgical procedure, calling him gay in homophobic manners, claiming he is mentally ill and crazy.

12. It is very strange to Frank, who is a health and nutrition influencer that primarily operates a Health-Food Store, that a group of people are talking about him in

such a consistently negative tone and trying to get others to form similar negative opinions about him, causing permanent harm to his reputation and business.

## JURY TRIAL DEMANDED

13. The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

14. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

## JURISDICTION

15. This Court has subject matter jurisdiction pursuant to 28 U.S.C. par. 1332 because there is a complete diversity of citizenship between each plaintiff and Defendant and the amount in controversy exceeds $75,000.

16. Frank Tufano's operates his businesses and social media accounts from his residence in Lackawanna County, PA, therefore, the events in question have occurred in the state of Pennsylvania as Frank Tufano is no longer able to operate his account from his domicile, nor is he able to obtain customers for his business operating in the state.

17. The known contact for Reddit, Inc., as advertised on their website contact page, is 548 Market ST, San Francisco, CA 94104.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# FIRST CLAIM FOR RELIEF
## TITLE 42 CHAPTER 83 SECTION 43 DEFAMATION OF CHARACTER

18. In an action for defamation, the plaintiff has the burden of proving, when the issue is properly raised:

   A. The defamatory character of the communication.

   B. Its publication by the defendant.

   C. Its application to the plaintif

   D. The understanding by the recipient of its defamatory meaning.

   E. The understanding by the recipient of it as intended to be applied to the plaintiff.

   F. Special harm resulting to the plaintiff from its publication.

   G. Abuse of a conditionally privileged occasion.

19. Based on the dozens of slanderous and derogatory statements made against Frank Tufano, there is clearly a HATE CAMPAIGN by an organized group of individuals trying to permanently damage Frank Tufano's personal reputation and business through the online forum Reddit.

20. The website reddit is being used by an organized group of individuals to maliciously attack Frank Tufano's personal reputation and business through lies and deceit.

21. In over 181 separate forum posts, users took the duty to target social media posts and events from Frank Tufano, and consistently writing hateful and derogatory statements against Frank.

VERIFIED COMPLAINT - 4

22. Posted by sleepingonhardfloor – "Does Frankie have a personality disorder?"

Responses:

"It's crossed my mind that he might have paranoid personality disorder." "I feel like narcissistic personality disorder is pretty likely. There are several reasons why and lots of video evidence I could cite. I've never heard him admit to being at fault for anything at all even though he's generally the cause of all his problems."

23. Posted by Ojcfinch "Have anyone purchased meat from Frankie Free Range Meat Before?"

Responses:

There is a litany of complaints against Frank from people claiming they didn't receive their packages or that the meat came spoiled. It's been like this for years. That one carnivore guy Dr. Shawn Baker even made a video about it. (He's really well known amongst those carnivore folks and financially very well-off, so he has no reason to lie) People say that Frank ignores their refund requests, is really rude and accuses them of lying if he does respond.How's the meat taste and quality please let me know

24. Posted by relative-Skirt4197 "Frank claiming not to be an incel and the implications"

Responses:

He's lying about this being the only cosmetic surgery he's had. I'm not sure about the jaw surgery, but he also had surgery to get breast tissue removed.

Also something about his financial situation isn't adding up. He claims he's broke but he finds hundreds of thousands of dollars for surgeries. There's no way he'd qualify for loans if he's as destitute as he claims. Is he stealing from his business to pay for the surgeries?

He's also bringing in $5M in gross revenue from his business so unless he has the most insane overhead/COGS he must be making a decent living?

I'm pretty sure he's gay or at least bi. There's nothing wrong with that but his family or culture might not be accepting of it if they're super conservative, which might be why he hides it.

25. Posted by Ojcfinch "Does Frank Tufano used to be gay and released his private part before in media?"

Responses:

Yes. He's done gay webcam stuff before.

He was on cam sites where he would entertain men using dildos on himself. He also would talk to the men. I guess they would send messages and he would respond on the live streams.

VERIFIED COMPLAINT - 6

There are screen recordings of these live streams where Frank claimed to be bisexual with a preference for women. He also claimed to have been an escort for other men and would do "anything they wanted."

26. Posted by Sagittarius_ack "Frank Tufano is a narcissist "

Frank looks like a textbook case of narcissistic personality disorder. He considers himself superior to other people (he claims that he should have been a billionaire), he lacks empathy, he is antisocial, he doesn't have friends (he is not taking with his family), he is disrespectful, he doesn't accept any advice or help (except money from his followers), he blames others for his problems, he engages in vengeful fantasies, he already had plastic surgeries, he is projecting a lot (for example, calling other people gay), etc.Frank Tufano is a narcissist"

27. Posted by Sagittarius_ack "Is Dr Taban behind the decision of raising the minimum wage in Pennsylvania?"

More bad news for Frank Tufano. According to the following article, minimum wage bill passes PA House:

https://northpennnow.com/news/2025/jun/17/minimum-wage-bill-passes-pa-house/

From the article:

Pennsylvania would raise its minimum wage to $15 an hour in 20 of its counties, and to $12 in the rest under a bill the Democratic-controlled state House passed Wednesday.

It's a new approach for the chamber that is designed to win critical Republican support, and it comes after years of unsuccessful attempts to raise the minimum wage to $15 an hour across the entire state.

Pennsylvania's minimum wage has been $7.25 an hour since the federal minimum went up in 2009, and has stayed stagnant even as every neighboring state has set a higher floor.

Very low minimum wage probably explains why Frank moved (or opened) his businesses to Pennsylvania. I would not be surprised to see a new video in which Frank complains that raising the minimum wage is somehow bad (especially for "legitimate small business owners" like himself) and how paying your workers in peanuts is better because "at least they have a job" (or something).

We all know that the evil Dr Taban has ruined Frank's eyes, banned his TikTok account, and he is actively trying to harm his businesses. However, I'm still shocked that the evil doctor and his evil lawyers will go as far as trying to raise the minimum wage just to ruin Frank's businesses. Doesn't Taban understand that raising the minimum wage will cause countless of victims in the community of "legitimate small business owners" that are not part of the Club?

VERIFIED COMPLAINT - 8

28. A user named Winter_Cockroach714 made a post "We're all out to get you Frank"

We have secret groupchats dedicated to plotting against you through chargebacks and online gang stalking.

WE ARE THE ILLUMINATI, THE SECRET SOCIETY. WE WONT STOP UNTIL OUR GOALS ARE FUFILLED.

29. A user named LoliHunterV posted "Done with Frank and the lies."

Can't believe I non ironically supported this guy as long as I did. I feel bad for the guy he was but not for who he became. Now he is more brazenly than ever slandering people, like this subreddit which I just found out about due to Frank himself. I went back in the post history. This sub doesn't seem to be created at all with the intention to clown on Frank, just to discuss him but now that he's continue to become more and more clownish, more people have joined to clown on him. I've slowly been feeling less and less sympathy for this guy especially recently with how confident and on the display he is with thinking he's better than everyone else like saying all his detractors will go to hell while he will be in heaven by virtue of him being a 'better person' than them. I don't think he ever explicitly claimed to be Christian but this flies in the face of what the Bible teaches. Basically a massive self righteous hypocrite. I'm even starting to become suspect of things like the Taban troll comments, I wonder if Frank himself botted the comments to try and gain sympathy and sway people's opinion to what he's saying and try to get more ammunition against Taban and claim Taban

is openly harassing him. Keeping my post in mind, I purchased stuff from Frank totaling hundreds of dollars. I'm not sure if I'll buy from him in the future, probably will if I want whatever he's selling but I'm definitely won't do it with 'supporting the little guy' in mind as he's gone completely off the rails and he also makes anyone who believes in alternative stuff look like a joke. If you actually try to question the government and the mainstream people will think you're just like Frank Tufano the YouTube lolcow. Hopefully Frank doesn't file a lawsuit against me for leaving this post, but I guess we'll have to wait and see. By the way, I don't live far from you so don't hesitate in filing a lawsuit against me! But do you *really* think that *everyone* who doesn't 100% support you is some kind of shill?

30. The user Ojcfinch made a post "Hey everyone hope you're all doing well. Just a quick reminder to please keep this sub clean and respectful."

   Recently, a few members have been sharing links to pornographic sites and posting inappropriate content. This is strictly against the rules. If I see any further posts or comments containing such material, it will result in an immediate and permanent ban—no warnings.

   Constructive criticism about Frank Tufano is always welcome, but please keep it respectful and within limits. Let's maintain a safe and positive space for everyone here.

   Thanks for understanding.

VERIFIED COMPLAINT - 10

31. A post by Fit_Blueberry titled "Pattern of Online Harassment by Frank Tufano – Earlier Example Ivnolving Hitomi Mochizuki"  There's been ongoing discussion here about Frank's repeated pattern of targeting individuals, including his former business partner, Paul Saladino, and more recently, his plastic surgeon.

Another example of similar behavior involved YouTuber Hitomi Mochizuki, someone who was never part of the diet controversy scene frank usually engages with.

Unlike YouTubers like sv3rige or Vegan Gains, who actively participate in combative debates,

Hitomi is known for a peaceful content style.

Frank published multiple videos targeting her, which included the following behaviors:

using images of Hitomi with zoom-ins and prolonged visual focus:

https://youtu.be/EeYJupKtH5Y?feature=shared&t=318

using degrading and objectifying commentary:

https://youtu.be/W6K4_47kyEE?feature=shared&t=26

encouraging his viewers to message her and pressure her to unblock him on Instagram

https://youtu.be/G5g2gzLoTfg?feature=shared&t=3

making claims implying she owed him something or should go into business with him, delivered in a way that came across as a threat if she didn't cooperate: https://youtu.be/XqfuvCPe-uI?feature=shared&t=22

followed through on that threat by creating a product on his website directly mocking her: https://www.youtube.com/watch?v=llMhw7HCcCw&t=33s

Frank has exhibited similar patterns with other female YouTubers, consistently targeting them through videos, personal attacks, and attempts to provoke his audience against them.

32. A post by Ojcfinch "Have you guys purchased Wifi Shield from Frank Tufano"

Response:

Nah. Black magic is cheaper. And you can't use one of Frankie's grain fed chickens either. It has to be alive.

33. A post by Fit_Blueberry1471 "Frank Tufano's unhealthy relationship with alcohol"  In several of his videos, Frank casually references getting drunk, drinking during the day, and seems to normalize excessive drinking.

Given the frequency of these remarks, it's understandable why some people have started to speculate about his relationship with alcohol.

"I'd probably drink that with this meal too but that depends on if you want to be a little drunk for the first part of your day which I usually enjoy very much when I'm down in this godforsaken warehouse"

https://youtu.be/1eqVSiyykr4?feature=shared&t=373

"Before I get started on that I'm gonna get drunk on some water kefir so I at least feel good while I'm complaining"

https://youtu.be/d79antsOowE?feature=shared&t=6

"So I'm just gonna drink some water kefir, have a little bit of something to eat, kind of get drunk so I don't have to think about the nonsense I've already dealt with today"

https://youtu.be/q6aBtHqR0ec?feature=shared&t=228

"I'm gonna actually drink some water kefir so I get drunk and I'm actually not as irritated to be down here"

https://youtu.be/fL5MElXLvvo?feature=shared&t=205

"So my guys just finished their lunch break I'm half drunk off water kefir so I'm somewhat competent"

https://youtu.be/fL5MElXLvvo?feature=shared&t=222

"I'm showing you guys you can go home have a mayonnaise steak sandwich with some chips and get drunk and blessed and still fix your liver"

https://youtu.be/3SMgfovZtX8?feature=shared&t=529

"Wine is objectively like the healthiest thing to drink... you should be able to drink a bottle of wine every night really without any issue if you're healthy"

https://youtu.be/gizP8j-WmBM?feature=shared&t=1926

"I can't control myself. Like I'm sure I'd be fine if I had like one or two beers or one or two glasses of wine, but I usually like getting sloshed. So I'll have like three or four and then I'll be gone"

https://youtu.be/zXXnTxxqRVg?feature=shared&t=631

"I had four glasses of wine, dude. After that third glass I was cooked. I could not see…"

https://youtu.be/c72jtVq6pto?feature=shared&t=1304

34. A post by Ojcfinch "Does Frank Tufano dealing with mental illness"

Responses

How does Frank deal with his mental illness (illnesses)? Alcohol, drugs, complaining on the internet, writing lawsuits, sitting in bed for hours and doing nothing, perhaps working for a few hours every other day, making stupid

VERIFIED COMPLAINT - 14

decisions (such as buying useless equipment for making chips), not responding to customer complaints, getting eye surgeries, more alcohol, more drugs, more complaining...

Edit: I watched his latest video and he said that he has to "lay in bed on pain medication all day". He said it multiple times and it is probably not far from the truth. He is spending most of the time lying on bed on drugs (and perhaps alcohol), doing little to no work.

35. A post by miserable_millennial "Is Frankie addicted to pain meds?" In almost every video he's posted the last few months he's mentioned his pain meds, or a derivative like kratom. Does he have chronic pain from the surgeries or did he get addicted from trying to cope mentally with the fallout of his procedures and now is hooked in his deranged state?

Response:

Absolutely. Keep in mind he's been taking prescription pain meds for at least two years straight (which increased in dosage over the course of his 10+ surgeries) PLUS taking tons of kratom to the point he was using 7OH which is a highly addictive extract of it (many states are looking to ban it.)

He is severely addicted to the point that I wouldn't be surprised if he has a $100+ a day habit (assuming he's buying on the street and no longer getting prescribed opiates.) He does claim to have chronic pain and headaches, which I do believe him since I imagine ten eye surgeries would do that to you, however

he's so addicted that he'd likely say or do anything to get his fix. There's no way

he'll be able to withdrawal without some kind of medication or rehab.

36. A post by epidemicsaints "If you hate the government, buy my products."

Doesn't even dress it up. Grifting on a 1st grade reading level."

Response:

He's a pathetic grifter scammer. Never forget that.

He ships rotten meat to people and tries to blame them for it

Friendly reminder that he ran a Gofundme *"to help botched plastic surgery*

*victims"* with a goal of raising $400k, the exact amount needed to pay off all his

credit card debt lmao

I could see him making terroristic threats against a court house and being

arrested by the feds.

37. A post by throwaway_trackmania "QUACK gangstalking QUACK secret society

QUACK asymmetrical QUACK I may have to file a QUACK in bed all day

QUACK // sponsored by the California Society of Plastic Surgeons (CSPS)"

Response:

is anyone else a bit floored by how hateful this dude is to the very few

supporters he has? I've always thought he was a complete jackass for giving

dangerous and stupid advice with no verifiable expertise on the subjects on

which he speaks, charging for said advice, delusions of grandeur, blatantly lying in order to support his narratives and sell products, scamming, etc.

But he is genuinely berating people for complimenting his appearance and offering words of support. Even if it were only being done in an effort to make him feel better, no one owes him any sympathy or words of comfort whatsoever. He really doesn't have a shred of loyalty to anyone, even the few "simple" folks who still believe in him for whatever reason. I'm not even of the opinion that he "dEsErVeS wHaT He gOt" just because he wanted to fix an insecurity of his, but he definitely deserves for people to see him for who he truly is: a lying, narcissistic grifter.

He is definitely selling overpriced products and he is probably paying his employees low wages. I believe the minimum wage in Pennsylvania is very low (something like $7.25 per hour).

He keeps lying that he is broke, but I would not be surprised if he is currently making 400k-500k a year (around 10% profit). But maybe (hopefully) I'm wrong.

38. A post by CubbyWalters "Honestly curious about all this." I recently came across Frankie's website and ordered from him twice. Came within 3 days both times and all food was of great quality. My only question is, what's with all the hate? Is it the abundant paranoia and useless lawsuits which honestly I can see why it's entertaining. My wife and I have been watching his YT because we want to see where our meat is coming from but is there more here that I'm missing?

Response:

You want to see where your meat is coming from? Then order from a farm. You still have no idea where it's coming from ordering from Frank.

As for the "hate". It's Frank's own doing. He has a mean streak and can be very vindictive. He gets jealous easily and lashes out. He also doesn't respect his viewers/customers and constantly manipulates them for attention and sales.

Keep watching and it will all make sense eventually.

I've been following Frank since his anti vegan days early into his channel before the business was even really a thing. He is a narcissist, which isn't necessarily inherently bad but to the extent where he clearly views everyone to be beneath him in one or several ways it's hard to comprehend. He'd make hundreds of videos harshly criticizing people's lifestyle & appearances, calling healthy, fit, & good looking influencers things I don't even feel comfortable typing, clearly in fits of jealousy. He's said horribly misogynistic things about women of every background, literally harassing women obsessively (Hitomi was arguably the one he'd most obsess over). Actually gone out & harassed vegans in public, only to make himself look like the crazy one in the end. More recently he's threatened USPS worker's lives for shipping delays, tried to doxx & ruin the life of his former business partner, constantly makes antisemitic remarks even towards lawyers he'd hire to help him, told cops that pulled him over for a traffic violation that they'd "burn in hell", & just generally causes problems dealing with others in public, I literally could keep going dude this isn't even the half of it.

Add getting into creepy livestreams on TikTok with minors, like joining the lives of high school aged boys & sharing his black pilled misogynistic beliefs to them, & even telling some of those boys he's "way better looking" than they are & trying to insult them any way possible when they called him out for being crazy

Yep. He's a paranoid, racist, antisemitic, homophobic, misogynistic pathological liar. And a perfect example of dunning-kruger in action.

39. A post by Winter_Cockroach714 "Frank Tufano is addicted to pain medication" Its clear from his videos that hes become heavily dependent and addicted to the opiates or whatever drug it is. Hes also an alcoholic - and delusional enough to think that this is all fine for his liver.

Your diet isnt protecting you at all Frank

40. A post by Trustamonkbird "Frank's Complaining and Egocentric Delusion has Peaked Today"

Honestly, this video is as whiney and pathetic as you could ever imagine a video to be.

His claim here that everyone before Frank Tufano was wrong, and his claim that people have backtracked on their diets to bandwagon on his "correct" information while he has himself changed everything in his diet and complains constantly about his health is insane.

His belief that people have made billions from his ideas is laughable. He just hasn't had that many original ideas. He thinks he invented eating from a chopping board, that he invented cooking chips in dripping (which has been done for over a hundred years!), that he invented a whole new product in the best bar when there were loads like this on the market already, he'll soon complain people have stolen his gummy bears he's making because he'll refuse to believe other companies were already doing it (and doing it better- which they were and still are!)

To top that off, some of the "correct" information he's complaining at others ripping off is debunked pseudoscience nonsense anyway. You can't get testosterone from eating testicle, wifi isn't harming your health in ways a weird head wrap will fix, creatine doesn't cause hairloss (there was even an RCT showing this recently).

Good grief lad, the world does not revolve around you, people aren't stealing your ideas. You just don't have good execution in what you do, and your personality/bitterness puts people off - it's not a conspiracy, it's just that a lot of people are smarter and better at marketing than you are. There's no shame in that, just accept it.

Try meditating kid, you might find some equinimity and peace in your life.

41. A post by KonfusedHamseter "Leave Frank Alone. I Owe Him Everything"
    Frank taught me to deal with my homosexuality. Whenever I talk to my mom, I

VERIFIED COMPLAINT - 20

mention that I want to have sex with Russian prostitutes. She couldn't be more proud of me.

Frank taught me to stand up for myself. I finally stopped taking shit from people, and instead, I sue the shit out of them. Recently, I sued a kitten for trespassing, and I will likely sue God next. It is disgusting what this guy did to me.

Frank taught me to embrace my artistic side. When I see an animal or symbol I like, I get a tattoo of it. The hamster and reversed swastika look stunning on me and show character.

Frank taught me to eat healthy. I stopped following the mainstream lies about nutrition and only eat organic now. I bought myself a potato chip machine from Alibaba so I can eat the most nutritious food available. I also plan to buy some quality testicles from Alibaba.

Frank taught me to take care of my physical appearance. When I don't feel like I am pretty enough, I let plastic surgeons decide which procedures they would like to undertake. People can't stop looking at my new face.

Frank thought me to be an innovator. When I see that people do something that I have done in the past, I realize that they are on the bandwagon that I started. I recently told some friends that most of their lifestyle choices came from me, and they were really impressed.

Frank taught me how to lift. Since I started to lift as light as possible and with his exact form, I get way more attention in the gym.

Frank taught me to not get fried by EMF. I wear my radiation protection all the time, except during my daily tanning bed sessions. I look and feel vibrant.

Frank taught me how to help others. Slaughtering baby lambs and selling their body parts with a large enough margin to eat at fancy restaurants has really helped me to explore my altruistic side.

Frank taught me how to love myself. Since I realized that the elite have expanded their operations and are also responsible for my life's problems, I have found inner peace.

There are many more things that Frank taught me, and I am sure you profited from him too. So stop the hate.

Response:

Frank taught me to never take personal responsibility for anything. The reason my life hasn't turned out the way I wanted is because everyone else is jealous of me and is actively trying to keep me down. Not because I'm a delusional, self-absorbed, dum dum.

Frank taught me that I can change my sexuality through food. For so long I was an evil homosexual just going about on chatterbaate having sex with every single male that gave me $200. But then I started eating raw bull testicles and all of a

sudden I'm no longer gay! I now only exclusively date Russian paid models that are female. Thanks a lot Frankie. 💝

42. A post by Ojcfinch "Frank Poas the video that Frank claims the judge Abuse the blind patient, is he claiming that he's blind, or what else he trying to say? He literally knows Judges and law are corrupted then why is he applying lawsuit everyone who's against him, he even knows that judge reject his case."

Response:

He's a paranoid schizophrenic narcissist who is high on kratom and pain meds (and maybe even drunk too). Don't look to apply any logic to what he's saying. He has his own internal logic that makes sense to him despite obvious hypocrisies and illogical connections.

Frank is basically saying he should get some sort of advantage because he's blind and representing himself with no legal representation.

I think Frank is intentionally leaving out certain details like the judge's comments etc. I'm sure the judge is guiding him but Frank doesn't like what the judges says so he lies that the judge ignores him.

Frank also seems to lying about being served court documents. Frank's business address is listed in the lawsuit so it's reasonable that Taban sends any court documents there. It's not the job of Taban to make sure Frank isn't blind and can read court docs, Frank literally did it to himself.

TLDR Frank is a clown

43. A post by KingDavid789 "When was the last video that didn't involve a lawsuit" Frank just threatened to sue US Customs in his wagyu short today. When was the last video Frank posted that didn't have him either threatening a lawsuit or raging about an ongoing lawsuit? I am so fascinated. Another day, another lawsuit...

Response:

All I can think is that if he can manage that business with mental illness how much better his business would be if he was sane. Like I'm impressed that his business is still limping along.

44. A post by Ojcfinch "Well his own followers expects him to be V2 of Luigi what's your thought about this matter?"

Response:

When you watch the other related videos he has subsequently uploaded, it's fascinating how Frankie frames the issue in a bigger context, not just in terms of direct cost but future profit loss to this product line which would entitle him to larger legal damages. I wonder if Frankie was hoping ultra-premium products would improve his business and now Customs has destroyed that! He never mentioned what was the stated cause for it to be seized or if it could be released.

I thought it was pretty sus when Tiktok was allowing comments like "luigi the guy" etc. When normally those comments get taken down instantly. He is also still monetised on a lot of his videos. If he loses his business i wouldn't be surprised if he shot someone. If he does it in NY at least he'll get put in the same jail as Luigi.

45. A post by Relative-Skirt-4197 "legitimacy of botchedbytaban.com" Regardless of what you think of Frank I think we can all agree his eye surgery was severely botched. My question is, do you guys think the testimonies on the botchedbytaban website Frank made are real? Part of me has always wondered if most/all of the testimonies were written by him. I don't doubt that Taban has botched others, but I'm not sure of the likelihood of 10 other patients coming across Frank's page and sharing their stories.

The fact that there's no way for them to post photos of their botched results also plants some doubt. Some of the stories are also told in a way that feels far removed from how a person with a real story would type (the Sci Fi Nightmare story in particular). Thoughts? I don't want this to come across as minimizing the harm that Taban has done, but I wonder about the website a lot.

Response:

If there were other "victims", Frank would get their photos, video testimony, and include them more in the Taban offensive! At the very least, he would be talking to them, be really familiar with their stories and bring them up in videos

Let's look at the following "testimony":

https://botchedbytaban.com/2025/06/29/my-story/

The first thing to notice is that it is anonymous. To me this is a red flag. One of the main claims in this testimony is that Dr. Taban and his clinic ghosted them:

I returned to Dr. Taban, who barely glanced at me before muttering something about "individual healing patterns." He refused to remove the threads — claimed it was "too soon" and not his fault. When I pushed harder, he ghosted me. His clinic stopped returning my calls.

From what I understand, Dr Taban "refused to remove the threads", because it was "too soon". What does this mean? The only way to make sense of this is that the author of the testimony asked Dr Taban to remove the threads but he refused to do it. As a result, they "pushed harder"! But what exactly do they mean by "pushed harder"? They insisted that Dr Taban should remove the threads? Did they know better than the doctor when is the right time to remove the threads? It doesn't make much sense.

I'm not saying that the testimony is fake, but saying that you have been ghosted by the doctor and the clinic just by "pushing harder" is very fishy to me.

46. A post by Ojcfinch "Frank Life" Do you think Frank Tufano has ruined his life leaving his family, his business going downhill, dealing with health issues, and facing lawsuits? I remember in an old video he mentioned that he didn't study

and wasted his time playing games, and he blamed his parents for it. Now he's

posting more complaining videos than useful ones.

Response:

He was doing solo porn for gays online. I think vegangains made a video about

that. I write this because it seems like he was poor before he started his business

Absolutely. Frank admitted in his <u>lawsuit</u> (under penalty of perjury) that his gross

business revenue was several million per year. That's why he was living such a

lavish lifestyle buying six different cars for his business and getting tons of

plastic surgeries. It all came to a head the moment he got Tabanned.

47. A post by Dakar801 "Frank Tufano is a failed actor" Let's be real Frank Tufano

is just a failed actor who turned to YouTube as a last ditch effort for

attention.He claims that he writes thousands of scripts. The guy literally scripted

his whole life. Everything he does the carnivore diet, the anti-vegan crusades,

even the shirtless thumbnails it's all just performance.

The saddest part is? He's playing a character that he created, stuck in a low

budget film and he's the only one watching.

Anyone else notice this?

Response:

Frank Tufano is an absolute HUSTLER. Imagine being early 20s, working in top NYC steakhouses, working out everyday, taking it up the rump by gay men as an escort for side cash, all while constantly farming up his social media grifts and side hustles like coaching, meats, supplements, fake *"wifi shielding"* garbage, etc. All of that hustling resulted in a multi-million dollar revenue meat business, reselling mediocre cuts of beef at a 10x markup to *"a bunch of morons"* (as Frankie calls the people who pass out flyers for him.)

Sadly, all of that hustling, success and fame all came to a head... the moment he got **Tabanned.** His story is genuinely the tale of Icarus. He was warned not to fly too close to the sun, aka not to keep getting more and more insane plastic surgeries (keep in mind his entire fanbase was repeatedly telling him to quit the surgeries BEFORE he got the first orbital reconstruction aka *The Tabbanacle Debacle.*) He flew too close to the sun (aka his view of aesthetic perfection) and got absolutely scorched.

48. A post by Asia_Persuasia "Getting To The Bottom Of These "Charge-Backs""

In all seriousness and "gangstalking" jokes aside:

**Can anyone who was/is an *actual* customer of his business** explain why they are requesting refunds? I've seen a few reasons here and there, but in the many years observing this guy, I've only noticed an uptick in charge-backs over the last year or so. All charge-backs seem successful, so clearly *something* is going wrong on his end that he is not being transparent about.

Beforehand, his customers seemed relatively happy or at least content with his products, what's going on now? What went wrong? Is he not actually sending the products, is it spoiled or broken, is it not the right amount, is it of a lesser-quality? I have to know, the urge is way too strong now.

Because he can't be honest about why customers are successfully getting refunded, can somebody *here* expose the reality of the standard present-day Frankie's Free-Range products lol? Because there is absolutely no way all of these refunded customers are scammers like he loves to claim.

Thank you!

Edit: **To make this even clearer**: *If you have purchased items or products from this guy and requested a chargeback, please comment your experience here.*

He doesn't even read his products reviews anymore (since the charge-backs have really started), so I feel that he's going out of his way to hide why these charge-backs are happening go make himself look like a victim.

Response:

They're not scammers. It seems Frankie boy or his employees are dogshit at properly fulfilling orders or the products he sell are indeed not fit for human consumption and poor quality or rotten/spoiled.

That's the only logical deduction I can make unless you believe his Illuminati angle lol.

VERIFIED COMPLAINT - 29

You can find tons of testimonials about rotten meat/eggs, poor packaging, etc on both his Facebook and Trustpilot (and also a few on his Google store page). Also keep in mind Frank himself admitted that if anyone buys both meat and eggs in the same order, he simply refuses to send the eggs despite fully charging them. I assume he has a little blurb that says *"eggs and meat must be ordered separately"* but if someone misses that, they're straight up out of luck, since his *"customer service"* is nonexistent, customers will email him multiple times with no response.

49. A post by Trustamonkbird "Just Frankie encouraging fake reviews on a bustiness site" Another day, another video of Frankie doing something he would call completely ridiculous and disgusting if it were done to him.

He complains about reviews, then actively encourages people to leave fake reviews (this isn't the first time he's done this).

He never stops complaining about chargebacks, but has recently told people to do chargebacks on other companies.

He's forever playing a victim for having his ideas stolen, then calls one of his products a twix (which is actually IP theft), he did this with another product the other day but I've honestly forgotten what it was.

I think Frankie isn't so much against a "club" or secret society, it's more like he actually wants there to be one, and he wants to be in it. He's exactly the sort of person he claims to hate.

50. A post by throwaway_trackmania "The shipping company is getting 1*review-bombed, let's all report the fake-reviews and give 5 stars instead lol, LINK IN THE COMMENTS (summoning all my fellow secret-society-illuminati-freemason-shill-gangstalkers)" Link to the companie's Google Business page

report the 1-stars as fake.

give 5 stars instead

report Frankie's video for harassment, since encouraging review-bombing is against YouTube's community guidelines.

by the way, Dr. Taban now also offers payment through PayPal and Venmo, under a norwegian alias. (PM his backoffice for details)

51. A post by throwaway_trackmania "1-star-reviews from Frankie's batshit insane followers"

52. A post by v0lume123 "Frankie threatening all of his customers who have issued chargebacks for any reason"

Response:

This guy is so delusional that it's not even funny anymore. He admitted many times that he makes all kinds of mistakes. He talked about how he had many problems with his cooling system. He admitted in the past that you might get bad products (such as bad eggs). He also had a history of problems with USDA. He has been accused of trying to sell or distribute products that are not suitable

for human consumption. In fact, he recently talked about not following any kind

food regulations, because "USDA is out to get him".

Additionally, packages get delayed, lost, stolen all the time. When it is hot,

products can get bad quickly, especially animal products. Even if you buy in

person from a reputable store it can happen to end up with bad products.

I know someone who used to order from Blue Apron (they ship ingredients) and

they never had any problems with placing a chargeback when the package got

delayed or when they did not get what they ordered (which happened from time

to time). It's part of the game. Only this loser doesn't understand....

USDA, Dr Taban, Illuminati, The Club and other gangstalkers are not out to get

him. His business is a reflection of his personality. The amount of bad reviews

and chargebacks shows that it's a bad business and it should be avoided.

53. A post by Fearless-Park6652 "Are Frankie's Naturals all white label products?" I

was checking out Frankie's sunscreen and noticed something on the label:

"Manufactured for: Frank Tufano, New York, NY" Not manufactured by—

which almost always means it's a white-label product from a third-party factory.

He didn't make this himself. The ingredients are super generic: water, glycerin,

zinc oxide, sodium chloride, jojoba oil. This exact combo shows up in tons of

OEM sunscreens, especially from manufacturers in China and Southeast Asia.

Let's be real—Frank's not above cutting corners. If anyone can figure out which

Alibaba or Made-in-China supplier he's using, drop it below. I wouldn't be

surprised at all if he's buying these by the case, slapping a label on, and selling it at a huge markup.

Response:

At one point, he definitely was making some of this stuff, but doing so with cheap, dodgy crap from alibaba.

I'm reminded of this every time he says he uses "the highest quality ingredients". Literally just buys everything off Alibaba from sellers he's never met, and has no idea about.

Here's the time an Alibaba seller sent him some weird petroleum instead of emu oil: https://youtu.be/HghBG-HL2yY?si=03PxCqEo86jLgYzh

54. A post by Ojcfinch "Frank" I saw a video of Frank that he shares a truck rollover and spills of thousands of dollars of sausage he mentions that he lost 20k wagyu beef that rotting in shipping containers and he wants to take action to that shipping company and he saying that news channel didn't cover him that he lost 20k value of Wagyu beef and they supporting some random sausage company, is it true that he lost 20k or why didn't he take any action against them or did courts dismiss his case lack of evidence and fees.

Response:

Frank is not reliable so you can't really trust his words. It is really hard to believe that the forwarding company made a some sort of beginner's mistake when they

are in the business of organizing and coordinating shipments. I believe it is much more likely that Frank did not correctly prepare the necessary paperwork (or something of this nature).

55. A post by Ojcfinch "There we go he started to attack another company, that they copied franks beef tallow butter stick. He's going to file a lawsuit 😂 "

56. A post by Professional_Twist33 "Wow wtf" This might be the weirdest sub I've ever come across I was just trying to find out what to do cause I have an order with frank that's a week old at this point and still hasn't been shipped and he still hasn't communicated anything to me turns out this mf borderline insane how would I even go about getting my money back from this weirdo?

Response:

There's only thing you can do.

Place a chargeback.

Chargeback. Call Frank. Record his rambling. Post here

## SECOND CLAIM FOR RELIEF
## TITLE VII, CIVIL RIGHTS ACT OF 1964

57. The law forbids sexual orientation and gender identity discrimination when it comes to any aspect of employment, including hiring, firing, pay, job assignments, promotions, layoff, training, fringe benefits, and any other term or condition of employment.

58. All personnel actions affecting employees or applicants for employment (except with regard to aliens employed outside the limits of the United States) in military departments as defined in section 102 or title 5, in executive agencies as defined in section 105 of title 5 (including employees and applicants for employment who are paid from misappropriated funds), in the United States Postal Service and the Postal Rate Commission, in those units of the Government of the District of Columbia having positions in the competitive service, and in those units of the legislative and judicial branches of the Federal Government having positions in the competitive service, and in the Library of Congress shall be made free from any discrimination based on race color, religion, sex, or national origin.

59. Since Frank Tufano identifies as a straight white male, and the majority of redditors are attracted to cartoon animals, Frank Tufano is being discriminated against for refusing to wear fur suits or participate in the promotion of "Furries."

60. This is because Frank Tufano has openly spoken out about deranged sexual behavior in the past, specifically cartoon animals depicting acts of bestiality, which is a large part of Reddit's culture, including the moderators, administrators, and owners of the Reddit website.

61. Frank Tufano believes that, because he did not participate in sexual activities involving the wearing of fur suits - with the fat-and-overweight owners of reddit – that he is being discriminated against and denied fair access to the website.

## SECOND CLAIM FOR RELIEF
### The Sherman Antitrust Act

62. Under the Sherman Act, agreements among competitors to fix prices or wages, rig bids, or allocate customers, workers, or markets, are criminal violations. Other agreements such as exclusive contracts that reduce competition may also violate the Sherman Antitrust Act and are subject to civil enforcement.

63. Reddit is preventing Frank Tufano from being able to post or use on the platform in any capacity in order to reduce competition in the market space.

## THIRD CLAIM FOR RELIEF
### Refusal to Deal

64. In general, any business — even a monopolist — may choose its business partners. However, under certain circumstances, there may be limits on this freedom for a firm with market power. As courts attempt to define those limited situations when a firm with market power may violate antitrust law by refusing to do business with other firms, the focus is on how the refusal to deal helps the monopolist maintain its monopoly, or allows the monopolist to use its monopoly in one market to attempt to monopolize another market

1. Reddit is refusing to allow Frank Tufano to use the platform to promote his personal being and business in order to monopolize the market in favor of their chosen corporate interests.

## FOURTH CLAIM FOR RELIEF
### The Federal Trade Commission Act

2. bans "unfair methods of competition" and "unfair or deceptive acts or practices." The Supreme Court has said that all violations of the Sherman Act also violate the FTC Act. Thus, although the FTC does not technically enforce the Sherman Act, it can bring cases under the FTC Act against the same kinds of activities that violate the Sherman Act.

65. Reddit has created the illusion that they are a fair social media platform with an organic user base and genuine business competition.

66. In reality the algorithm is very controlled and only select individuals are allowed to post to the unsuspecting viewer base.

**FIFTH CLAIM FOR RELIEF**
**Monopoly Power**

3. Reddit is by far the most popular online social media forum, with no other website being close in comparison.

4. The nature of the forum and it's unmatched popularity give Reddit a clear monopoly on this type of social media interaction.

5. Therefore Reddit should face outside or Federal Regulation in conducting fair business and market practices, specifically in preventing it becoming a platform solely for larger corporations and paid influencers to take the entire market share.

**SIXTH CLAIM FOR RELIEF**
**Pre-Complaint Discovery 231 Pa. Code § 4003.8**

6. For reddit to provide the personal names and contract information for all users that participated in the slandering and defaming of Frank Tufano's person and business so that they may be prosecuted to the full civil extent of the law.

## SEVENTH CLAIM FOR RELIEF
## 1ST AMENDMENT FREEDOM OF SPEECH

7.  The First Amendment to the U.S. Constitution protects freedom of speech, including the right to express oneself online through platforms like TikTok.

8.  Frank Tufano has been unable to express himself freely and truthfully through this online platform. Although Reddit is a private platform that may limit its users, it is a clear monopoly that requires government intervention to ensure that all users are treated fairly and equally.

## EIGTH CLAIM FOR RELIEF
## TORTIOUS INTERFERENCE

9.  Tortious interference, also known as intentional interference with contractual relations, is a legal principle that protects business relationships by holding a party liable for damages when they intentionally interfere with a valid contract or business relationship between others, causing harm. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

10. Tortious interference arises when a party's intentional actions disrupt a legally binding agreement or a promising business relationship, resulting in harm to another party:

   A.  This involves interfering with a potential business relationship, even if no contract exists.

   B.  Intentional interference: The defendant's actions must be intentionally designed to disrupt the contract or relationship.

11. Frank Tufano is in active business relationship with various social media online platforms, including Instagram, TikTok, and YouTube, that he has used to document his life and business. Reddit, Inc. has directly threatened Frank Tufano's livelihood in an unreasonable manner.

12. Reddit, Inc. has prohibited Frank Tufano from using their platform, causing irreparable harm to Frank Tufano's business and personal being through loss of business sales and personal revenue.

## NINTH CLAIM FOR RELIEF
## <u>CIVIL CONSPIRACY</u>

13. A civil conspiracy occurs when two or more people agree to do something unlawful that harms a third party, and then one of those people takes action to carry out the plan. The unlawful act can deprive another of a lawful right, deceive them, or accomplish an illegal end. When that occurs, a civil conspiracy claim generally allows an injured party to recover jointly and severally from a tortfeasor's co-conspirators, regardless of which one directly perpetrated the harm. Court Opinions.

67. Due to the patterns of favoritism in allowing other online influencers to post similar content to Reddit sections, where Frank Tufano is prohibited, Frank Tufano believes that a group of organized individuals are attempting to manipulate the market to promote their own business and persona, therefore benefiting themselves monetarily, unfairly at the expense of Frank Tufano.

68. The alleged individuals would have had to communicate to Reddit moderation and administration staff through the website platform or outside communication services.

69. A user, Sagittarius_ack, even made a post saying "I can confirm that we are not affiliated with any other secret societies ... besides the two secret societies already mentioned.," factually stating his involvement in a secret organization. In response to Ojcfinch's post "Dear Frank Tufano."

70. A post by Ojcfinch "He called us a gangstalkers"  Response:  We are the Illuminati

71. A post by throwaway_trackmania "wrote an E-Mail to the shipping company lol, gotta protect my freemason brothers"

## REQUEST FOR TEMPORARY RESTRAINING ORDER

72. Frank Tufano hereby requests a TEMPORARY RESTRAINING ORDER to be issued against REDDIT and its users, prohibiting them from speaking about Frank Tufano in any fashion, as the website has been solely used for a targeted and malicious attack against Frank Tufano's person and business.

## PRAYER FOR RELIEF

14. WHEREFORE, by reason of the acts and circumstances alleged herein, Frank Tufano seeks relief from this Court as follows:

   a.  Judgement on each of the claims set forth above against Reddit, Inc.

   b.  Reddit to compensate Frank Tufano for the loss of business revenue as a result of their site users not purchasing from Frankie's Free Range Meat due to the malicious hate campaign targeting Frank Tufano's personal reputation and business.

c.  Reddit has 110.4 million daily active users, with 416.4 million weekly active users, meaning if Frank Tufano even had 0.1% of Reddit place an order with his business, he would have amassed over 100,000 new customers and orders.

d.  At an average of approximately $175 per order, this is $17.5 million dollars in lost revenue by Frank Tufano not being able to use the Reddit platform and a direct result of the hate campaign targeting Frank Tufano.

e.  Frank Tufano request that he be reimbursed $17,500,000 due to lost business sales per year for the duration of time he has been prohibited of using the platform, an estimated amount of $87,500,000 in lost revenue, equating to approximately $17,500,000 in net profit.

f.  Frank Tufano to be compensated for the permanent damaged caused to his business and reputation, resulting in a loss of business customers and social media followers, an amount that cannot be estimated to be lass than $3,300,000.

Dated: Wednesday, July 13, 2025

By:      /s/ Frank Tufano

Frank Tufano