UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK TUFANO,** | : | No. 3:25-CV-1495 |
| Plaintiff | : | (Caraballo, M.J.) |
| v. | : | |
| **REDDIT, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 22nd day of September, 2025, **IT IS HEREBY ORDERED** that the plaintiff's application for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**. The complaint is now deemed filed. Service of the complaint, however, shall be held in abeyance pending the screening of the complaint under 28 U.S.C. § 1915(e)(2)(B).

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
United States Magistrate Judge