UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK TUFANO,** | : | No. 3:25-CV-1495 |
| Plaintiff | : | (Caraballo, M.J.) |
| v. | : | |
| **REDDIT, INC.,** | : | |
| Defendants | : | |

## ORDER

On August 13, 2025, plaintiff Frank Tufano, proceeding pro se, initiated this action by filing a complaint against defendant Reddit, Inc. Doc. 1. Tufano alleges that Reddit, Inc., by banning him from its platform, contributed to the defamation of his reputation on the platform, violated the Sherman Antitrust Act of 1890, and tortiously interfered with Tufano's business relationships. *Id.* at 4, 34–40. The same day he initiated this action, Tufano moved for leave to proceed in forma pauperis. Doc. 2. The Court granted Tufano's motion to proceed in forma pauperis on September 22, 2025, but held service of the complaint in abeyance until it conducted its obligatory screening under 28 U.S.C. § 1915(e)(2)(B). Doc. 5.

Although Tufano petitioned for and was provided leave to proceed in forma pauperis in this action because he allegedly could not pay the filing fee, Tufano has since filed other actions in this Court in which he paid the filing fee. *See Tufano v. Saladino, MD*, 3:26-CV-396 (M.D. Pa.); *Tufano v. Burgess*, No. 3:26-CV-397 (M.D. Pa.); *Tufano v. California*, No. 3:26-CV-447 (M.D. Pa.).[1] Moreover, in his complaint, Tufano repeatedly references owning a business and conducting business, *see generally* Doc. 1, but no reference to that business or any associated income appears on his application to proceed in forma pauperis. *See* Doc. 2.

---

[1] Tufano has filed numerous other actions, both pending and closed, in this district, including: *Tufano v. Levy*, No. 3:23-CV-2106 (M.D. Pa.); *Tufano v. Frankies Free Range Meat Conspirators*, No. 3:24-CV-846 (M.D. Pa.); *Tufano v. Reddit, Inc.*, No. 3:24-CV-1114 (M.D. Pa.); *Tufano v. Fenix Internet, LLC*, No. 3:24-CV-1115 (M.D. Pa.); *Tufano v. TikTok Inc.*, No. 3:24-CV-1116 (M.D. Pa.); *Tufano v. Miller*, No. 3:24-CV-1118 (M.D. Pa.); *Tufano v. Filatova*, No. 3:24-CV-1252 (M.D. Pa.); *Tufano v. Taban*, No. 3:25-CV-11 (M.D. Pa.); *Tufano v. USDA*, No. 3:25-CV-260 (M.D. Pa.); *Tufano v. Saladino*, No. 3:25-CV-262 (M.D. Pa.); *Tufano v. SHOPIFY (USA) Inc. Corporation Service Company*, No. 3:25-CV-975 (M.D. Pa.); *Tufano v. Fenix Internet LLC*, No. 3:25-CV-976 (M.D. Pa.); *Tufano v. Fenix Internet LLC*, No. 3:25-CV-1165 (M.D. Pa.); *Tufano v. TikTok*, No. 3:25-CV-1175 (M.D. Pa.); *Tufano v. SHOPIFY (USA) Inc. Corporation Service Company*, No. 3:25-CV-1227 (M.D. Pa.); *Tufano v. Saladino, MD*, No. 3:25-CV-1400 (M.D. Pa.); *Tufano v. Reddit, Inc.*, No. 3:25-CV-1495 (M.D. Pa.); *Tufano v. All-Ways Forwarding*, No. 3:25-CV-1558 (M.D. Pa.); *Tufano v. Google LLC*, No. 3:25-CV-1574 (M.D. Pa.); *Tufano v. USDA*, No. 3:25-CV-1990 (M.D. Pa.); *Tufano v. Saladino, MD*, No. 3:25-CV-1960 (M.D. Pa.); *Tufano v. Nelson*, No. 3:26-CV-542 (M.D. Pa.).

This development is noteworthy because a court "may revoke plaintiff's *in forma pauperis* status if there is sufficient evidence that plaintiff's financial condition has improved to the point that . . . [it] is no longer a significant barrier to maintaining the action." *Murphy v. Jones*, 801 F.Supp. 283, 289 (E.D. Mo. 1992). Not only does this jeopardize Tufano's in forma pauperis status, but it also jeopardizes the viability of this action. *See Prade v. Jackson & Kelly*, 941 F.Supp. 596, 597 n.1 (N.D.W. Va. 1996), *aff'd sub nom. Prade v. Jackson*, 135 F.3d 770 (4th Cir. 1998) ("[I]f an allegation of poverty is no longer true because of a subsequent improvement in the economic status of a plaintiff, it is within the authority of the court to dismiss the proceeding or to require that the costs of the litigation to date be paid by plaintiff in lieu of dismissal.").

Principles of *res judicata* or issue preclusion may place the viability of this action at further risk. A review of Tufano's other litigations in this district reveals that a previous case he filed, *Tufano v. Reddit, Inc.*, No. 3:24-CV-1114 (M.D. Pa.), appears essentially identical to this current action, as both cases share claims, parties, and facts. *Compare* No. 3:24-CV-1114, Doc. 1, *with* No. 3:25-cv-01495, Doc. 1.

Moreover, because that previous case was dismissed on the merits (No. 3:24-CV-1114, Docs. 8, 9), it likely acts as a *res judicata* or issue preclusion bar to Tufano maintaining this current action. *See Davis v. Wells Fargo*, 824 F.3d 333, 341 (3d Cir. 2016) (saying that *res judicata* bars a subsequent action if there was " '(1) a final judgment on the merits in [the] prior suit involving (2) the same parties or their privies and (3) [the] subsequent suit [is] based on the same cause of action.' ") (quoting *Lubrizol Corp. v. Exxon Corp.*, 929 F.2d 960, 963 (3d Cir. 1991)); *Peloro v. United States*, 488 F.3d 163, 174–75 (3d Cir. 2007) (" 'The prerequisites for the application of issue preclusion are satisfied when: (1) the issue sought to be precluded [is] the same as that involved in the prior action; (2) that issue [was] actually litigated; (3) it [was] determined by a final and valid judgment; and (4) the determination [was] essential to the prior judgment.' ") (quoting *Burlington Northern Railroad Co. v. Hyundai Merch. Marine Co.*, 63 F.3d 1227, 1231–32 (3d Cir. 1995)) (some internal quotations omitted) (alterations in original).

Accordingly, it is **HEREBY ORDERED** that:

1. Tufano shall pay the $405 filing fee or, alternatively, show cause why his in forma pauperis status in this action should

5

not be revoked, by **April 6, 2026**. Should Tufano seek to maintain his in forma pauperis status, he shall file an updated in forma pauperis petition that is complete in all respects.

2. Tufano shall show cause, by **April 6, 2026**, why this action should not be dismissed according to principles of *res judicata* and issue preclusion.

Date: March 16, 2026    *s/ Phillip J. Caraballo*
Phillip J. Caraballo
United States Magistrate Judge